JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEDEDRA WATLER,** *individually and on behalf of all those similarly situated,*<br><br>   Plaintiff,<br>vs.<br><br>**ARIZONA BEVERAGES USA LLC,**<br><br>   Defendant. | Case No.: 2:25-cv-06885-JFW-MAAx<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The parties, Plaintiff Kededra Watler ("Plaintiff") and Defendant AriZona Beverages USA LLC ("Defendant") through their respective attorneys of record, hereby stipulate to a Dismissal with Prejudice with each party bearing its own attorneys' fees and costs.

Having reviewed the parties' stipulation, the Court grants the Stipulation of Dismissal with Prejudice.

NOW, THEREFORE, based on the foregoing facts, the Parties hereby stipulate and agree that:

1. This Action is Dismissed with Prejudice.
2. Each party shall bear its own attorneys' fees and costs.

IT IS HEREBY ORDERED that the Stipulation is **GRANTED.**

**IT IS SO ORDERED.**

Dated: January 12, 2026

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1

Order Granting Joint Stipulation of Dismissal With Prejudice